1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ANTOINE LeBLANC, | Case No. CV 16-03398 JLS (AFM) |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| JOHN SOTO, ET AL., | |
| Defendants. | |

11
12
13
14
15
16
17
18

In accordance with the Order Summarily Dismissing Action as Duplicative,

19

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed

20

without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

21
22

DATED:  June 21, 2016

23
24

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

25
26
27
28